AO 245 (Rev. 8/87) Judgment in a Criminal Case

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

DAVID B. ST. GERMAIN
18168 E. Belleview Lane
Aurora, CO 80015

(Name and Address of Defendant)

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR 94-10213-01-MLW

~~Kevin ODea, Esq.~~
Attorney for Defendant

THE DEFENDANT ENTERED A PLEA OF:

[☒ guilty   ☐ nolo contendere] as to count(s) __1,2,3,5,6,7,8,9 and 11__, and
☐ not guilty as to count(s) _____.

THERE WAS A:
[☐ finding   ☐ verdict] of guilty as to count(s) _____

THERE WAS A:
[☐ finding   ☐ verdict] of not guilty as to count(s) _____
☐ judgment of acquittal as to count(s) _____
   The defendant is acquitted and discharged as to this/these count(s).

THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:

Ct 1 - CONSPIRACY : 18 U.S.C. 371; Cts. 2,3, 5-9- Bank Fraud- 18 USC 1344 & Ct 11  False Statement 18 USC 1014.

IT IS THE JUDGMENT OF THIS COURT THAT: The defendant is remanded into the custody of the Attorney General for __One__ (1) year on count 1; Imposition of sentence is suspended on all other counts. At the conclusion of this senten the defendant shall be on five (5) years probation. While on probation, the defendant shall abide by the Standard Conditions on page 2 AND:

1. The defendant shall not apply for any new loans individually or through others without prior authorization from the US Probation Dept.

2. The defendant shall pay $600,000.00 in restituttion jointly and severally with co-defendant Loiselle.

3. The defendant shall pay $450 in Special Assessment.

EXHIBIT A-1

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of proba-

AO 245 (Reverse)

## CONDITIONS OF PROBATION

Where probation has been ordered the defendant shall:

(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes);
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any changes in your place of residence;
(6) follow the probation officer's instructions and report as directed.

The court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

IT IS FURTHER ORDERED that the defendant shall pay a total special assessment of $ 450 pursuant to Title 18, U.S.C. Section 3013 for count(s) 1,2,3,5,6,7,8,9, & 11 as follows: in full immediately.

IT IS FURTHER ORDERED THAT counts _____ are DISMISSED on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States attorney for this district any amount imposed as a fine, restitution or special assessment. The defendant shall pay to the clerk of the court any amount imposed as a cost of prosecution. Until all fines, restitution, special assessments and costs are fully paid, the defendant shall immediately notify the United States attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States marshal of this district.

☒ The Court orders commitment to the custody of the Attorney General and recommends:

The defendant shall self report by Noon on December 4, 1995 to the institution designated by the Bureau of Prisons.

Date of Imposition of Sentence : October 26, 1995

_Mark L. Wolf_
Signature of Judicial Officer

Mark L. Wolf, UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Nov. 21, 1995
Date

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
                        Date

_____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

United States Marshal

By _____

PROB7A  
(Rev. 10/89)

Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF MASSACHUSETTS

Name **DAVID B. ST. GERMAIN**　　　　　　　　　　Docket No. **94-10213-01-MLW**

Address **18168 E. Belleview Lane**
**Aurora, CO  80015**

Under the terms of your sentence, you have been placed on probation/~~supervised release~~ (strike one) by the Honorable **Mark L. Wolf**, United States **United States District Judge**, for the District of **Massachusetts**. Your term of supervision is for a period of **Five (5) Years**, commencing **Upon release from confinement.**

While on probation/~~supervised release (strike one)~~, you shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

☐　The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable).

The defendant shall comply with the standard conditions (set forth below) as adopted by this Court.

# CHECK IF APPROPRIATE:

☐　As a condition of supervision, you are instructed to pay a fine in the amount of ;_____ it shall be paid in the following manner _____.

☒　As a condition of supervision, you are instructed to pay restitution in the amount of **$600,000.00** to **to be determined by the probation officer.**_____; it shall be paid in the following manner _____.

☒　The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

☒　The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐　The defendant shall report in person to the probation office in the district of release within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that you shall comply with the following standard conditions:

(1) You shall not leave the judicial district without permission of the court or probation officer;

(2) You shall report to the probation officer as directed by the court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(3) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) You shall support your dependents and meet other family responsibilities;

(5) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) You shall notify the probation officer within seventy-two hours of any change in residence or employment;

(7) You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substance, except as prescribed by a physician;

(8) You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10) You shall permit a probation officer to visit you at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;

(11) You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer ;

(12) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement.

(14) You shall provide the probation officer with access to any requested financial information.

**The special conditions ordered by the court are as follows:**

1. The defendant shall not apply for any new loans individually or through others without prior authorization from the U.S. Probation Department.
2. The defendant shall pay $600,000.00 in restitution jointly and severally with codefendant Loiselle.
3. The defendant shall pay $450 in Special Assessment fees.

**On July 23, 1996, conditions were modified to include the following additional special conditions:**

4. The defendant shall provide the Probation Department access to any requested financial information.
5. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Department.
6. The defendant shall not be involved in any real estate transactions without the prior approval of the probation officer.

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

Form report due between the 1st and 5th days of each month; otherwise, as instructed by the Probation Officer.

(Signed) _____  9-10-96
            Defendant                  Date

_____  9-10-96
U.S. Probation Officer/Designated Witness   Date

JUL-31-1996 16:47     UNITED STATES PROBATION           617 223 9185    P.02/02

PROB 12B
(7/93)

# United States District Court
## for
## District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David B. St. Germain                    Case Number: 94-10213-1

Name of Sentencing Judicial Officer: Honorable Mark L. Wolf

Date of Original Sentence: October 26, 1995

Original Offense: Ct. 1: Conspiracy; Cts. 2, 3 -9: Bank Fraud; Ct. 11: False Statements.

Original Sentence: One year custody of the Attorney General. 5 years Probation.

Special Conditions: (1) Not to apply for any loans
(2) Pay restitution of $600,000 jointly and severally.

Type of Supervision: Probation                  Date Supervision Commenced: In custody

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Special Conditions:   (1) The defendant shall provide the Probation Department access to any requested financial information.
(2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer.
(3) The defendant shall not be involved in any real estate transactions without the prior approval of the Probation Officer.

## CAUSE

See Attached Memo

Respectfully submitted,
by _Pamela J Lombardini_
U.S. Probation Officer
Date: 7/23/96

### THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer
7/23/96
Date

_David B St Germain_   7-5-97
_[signature]_   7/5/97

# United States District Court
## for the
## District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David B. St. Germain                    Case Number 94-10213-01

Name of Sentencing Judicial Officer:   U.S. District Court Judge Mark L. Wolf

Date of Original Sentence:    10-26-95

Original Offense: Conspiracy 18 U.S.C. 371, Bank Fraud 18 U.S.C. 1344 & False Statements 18 U.S.C. 1014.

Original Sentence: Ct. 1 - 1 year CAG, Cts. 2, 3, 5, 9 and 11 - 5 yrs. Probation. $600,000. Restitution joint and several.

Type of Supervision: Probation                    Date Supervision Commenced: 9/5/96

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

### CAUSE

The subject will pay a minimum of 25% of his gross income toward restitution.

Respectfully submitted,

by *(signature)*
Pamela J. Lombardini
U.S. Probation Officer
Date: 7-2-97

*(signatures: David B. St. Germain 9-15-97; Kathleen A. [Keene] 9/15/97)*

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*(signature)*
Signature of Judicial Officer

July 31, 1997
Date