# Excerpt from U.S. Probation Office's Chronology Notes[1]

---

[1] On May 19, 2005, plaintiff's counsel produced about 60 pages of notes held by the United States Probation Office and relating to the USPO's supervision of St. Germain and its investigation into his probation violations. Only one of those pages is provided here.

EXHIBIT A-2

08/17/99   2:35P       TF

Jeff Kob, who notes he has known S for approx. eight years. S gave him a typewritten list, dated 07/27/99, with S's signature - "Dave," - w/answers to be provided to me upon my anticipated interview of Kob. Included in these were false statements. According to Kob, the probation office doesn't know "five percent" of S's true circumstances. Kob has been told by S that S has told probation that the Corvette belongs to Kob. Kob notes that the Corvette, the Harley Davidson and the blue Dodge P/U, all belong to S, but are registered in the names of others.

Kob notes that he is clearing out of the apt. today and tomorrow. He offered to meet w/me afternoon of 08/18. I may reach **Kob at cell phone No. 214-505-5245.** The list contains the lies that Kob is supposed to tell probation. He notes that S has part ownership of office buildings and apartments. He owns an office building in Aurora and an apartment building in Aurora w/various friends. S is said to own 25% of the office bldg. S is said to be building a new home on a lot sold to him by Craig Mont, a realtor in Aurora, and that the property is being held in the name of Randy Overly. Kob states that S has "never ever" worked for Overly.

Kob states that the Breakers Apt. S resides in is in his name only. Kob states he would pay S $650/mo. and he has canceled checks to prove it, but they are now in Texas, where Kob lives - Dallas. The apt. lease at Breakers is in S's name, as are the utilities. S is said to work everyday at his business w/his partners - Cornerstone Marketing at 2600 S. Parker Road, Suite 262. (Phone 303/338-8755) This office bldg. is near the Hooters.

S is said to have returned two days ago from spending four days in Sturgis, SD.

S is said to have an offshore account. The real estate management business is said to earn approx. 1/4 million dollars per year, and S's share is unknown.

According to Kob, he brokered S's first apt. deal in Denver approx. eight years ago. Bill Pierce from California may have provided financing.

Randy Overly took the loan out on S's property down south of town. Kob and I agreed to speak 08/18, and to meet that afternoon.

One of S's good friends, who was his partner in business is Scott Lambert. Supposedly, S has induced all his friends to engage in this conspiracy to avoid S having any assets traceable to him. Apparently, this is all to avoid the $600,000 restitution order, and to keep probation in the dark.

T01281