IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99 CR 408 N

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID B. ST. GERMAIN,

        Defendant.

*[Stamp: DISTRICT COURT, COLORADO, MAY 26 2000, JAMES R. MANSPEAKER, CLERK, BY ____]*

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Sherie Perez, Secretary

May 26, 2000

A two-day probation violation hearing has been scheduled for July 31, 2000 and August 1, 2000 starting each day at 9:00 o'clock a.m. and lasting until 5:00 o'clock p.m. in Courtroom C-201.

I hereby certify that a copy of the Minute Order was served on May 26, 2000, by hand-delivery, where a "D.C." box number or asterisk is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:

Thomas M. O'Rourke*       Harvey Steinberg
Assistant United States Attorney      1600 Broadway, Suite 1950
     Denver, CO 80202

JAMES R. MANSPEAKER, CLERK

By _____
    Deputy Clerk

cc: United States Marshal
    Pretrial Services
    Probation Department

EXHIBIT A-8