IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-CR-408

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ST. GERMAINE,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2000

JAMES N. MANSPEAKER
CLERK
BY _____

---

REPORTER'S TRANSCRIPT
(Hearing on Probation Violation)

---

Proceedings before the HONORABLE EDWARD W. NOTTINGHAM, Judge, United States District Court for the District of Colorado, commencing at 4:35 p.m., on November 3, 2000, in Chambers, C-224, United States Courthouse, Denver, Colorado.

**APPEARANCES**

THOMAS O'ROURK, Assistant U.S. Attorney, 1961 Stout Street, 12th Floor, Dennever, Colorado, 80294, appearing for the plaintiff.

HARVEY STEINBERG, Attorney at Law, 1600 Broadway, Denver, Colorado, 80202, appearing for the defendant.

(Also appearing, United States Probation Officers Michael Martinez and Michael Wilson.)

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Paul Zuckerman, 1929 Stout Street, P.O. Box 3563, Denver, Colorado, 80294, (303) 629-9285

EXHIBIT A-9

78

## REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. Dated at Denver, Colorado, this 11th day of November, 2000.

_____
Paul A. Zuckerman