**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

2001 MAR 15 A 9:51    2001 APR 16 A 10:46    SRS 0148

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 14 2001
JAMES R. MANSPEAKER
CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 99-CR-408-N |
| DAVID B. ST. GERMAIN | William A. Cohan, Retained<br>(Defendant's Attorney) |
| | Thomas O'Rourke and Christopher Alberto<br>(Assistant United States Attorneys) |

**THE DEFENDANT:** Admitted guilt to Violations 1, 2, 3, 4, and 5 as alleged in the probation officer's petition.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Violation of Law/Obstruction of Justice | 11/3/97 - 11/99 |
| 2 | Violation of Law /False Statement | 9/97 - 1/13/00 |
| 3 | Failure to Report as Directed | 9/96 - 1/00 |
| 4 | Failure to Obtain Approval Prior to Involvement in any Real Estate Transaction | 4/1/99 - 10/19/99 |
| 5 | Leaving the Judicial District Without the Permission of the Probation Officer | 5/15/99, 5/16/99, 6/21/99, 7/1/99 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to Old Law.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. Number: 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

Defendant's Date of Birth: 08/02/58

Defendant's USM No.: 20222-038

Defendant's Residence Address:

5784 East Weaver Circle
Englewood, Colorado 80111

Defendant's Mailing Address:

Same

2/20/01
Date of Imposition of Judgment

Signature of Judicial Officer

Edward W. Nottingham, U.S. District Judge
Name & Title of Judicial Officer

3/12/01
Date

DEPOSITION EXHIBIT 9

44

EXHIBIT A-12

DEFENDANT: DAVID B. ST. GERMAIN
CASE NUMBER: 99-CR-408-N                                         Judgment-Page 2 of 6

## IMPRISONMENT                                          SRS 0149

The defendant is hereby committed to the custody of the Attorney General to be imprisoned for five (5) years as to each of Counts 2, 3, and 5, to be served consecutively, for a total term of fifteen (15) years.

The Court makes the following recommendations to the U.S. Bureau of Prisons:

Sentence to be served at the Bureau of Prisons facility in Englewood, Colorado.

The defendant shall surrender for service of sentence to the institution designated by the U.S. Bureau of Prisons within fifteen (15) days of the date of designation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered (Vol. Surr.) on  04-05-01  to  F C I  Sandstone

at  Sandstone , with a certified copy of this judgment.

Marty C. Anderson, Warden
UNITED STATES MARSHAL

By  TeVaver  L.I.E.
Deputy U.S. Marshal

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 9 2001

JAMES R. MANSPEAKER
CLERK

DEFENDANT: DAVID B. ST. GERMAIN
CASE NUMBER: 99-CR-408-N
Judgment-Page 3 of 6

## PROBATION     SRS 0150

Imposition of sentence of imprisonment is suspended as to Counts 6, 7, 8, 9, and 11, and defendant is hereby placed on probation for a term of five (5) years, to be served concurrently with each other, but consecutively to the sentences imposed in Counts 2, 3, and 5.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the following page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

DEFENDANT: DAVID B. ST. GERMAIN
CASE NUMBER: 99-CR-408-N
Judgment-Page 4 of 6

SRS 0151

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) the defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

2) The defendant shall not be employed in a fiduciary position.

3) The defendant shall pay the balance of the restitution obligation originally ordered by the District of Massachusetts.

4) The defendant shall not be self-employed and shall not be involved in any real estate business transactions or enterprises without the approval of the probation officer.

5) The defendant shall not associate with Randy Overley or Scott Lambert.

DEFENDANT: DAVID B. ST. GERMAIN
CASE NUMBER: 99-CR-408-N
Judgment-Page 5 of 6

SRS 0152

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

## RESTITUTION

The defendant shall make restitution to the following payee in the amount listed below.

| Name of Payee | Amount of Restitution Ordered |
|---|---|
| Metro West Bank<br>15 Park Street<br>P.O. Box 9111<br>Framingham, Massachusetts 01701-9111 | *balance due on original restitution order of $600,000 |

\* Amount to be determined by the probation officer.

DEFENDANT: DAVID B. ST. GERMAIN
CASE NUMBER: 99-CR-408-N                                             Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS                    SRS 0153

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the fine and other criminal monetary penalties shall be due as follows:

> During the term of incarceration and in equal monthly installments during the term of probation.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:

Joint and Several:

> This amount is owed jointly and severally with codefendant Marc J. Loiselle.

The monthly installment amount shall be determined by dividing the number of months of probation to be served by the balance due at the commencement of the term of probation.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.