IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2001 MAR 23 AM 7:59

JAMES R. MANSPEAKER
CLERK

BY _____ DEP. CLK

Criminal Action No. 99-CR-408-N

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID B. ST. GERMAIN,

Defendant.

---

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, DAVID B. ST. GERMAIN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself to the Bureau of Prisons by reporting to the FCI, Sandstone, Minnesota, on April 5, 2001, by noon, and will travel at his own expense.

DATED at Denver, Colorado, this 22 day of March, 2001.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
United States District Judge

EXHIBIT A-14

41