IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-CR-408-N

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID B. ST. GERMAIN,

    Defendant.

---

## GOVERNMENT'S STATUS REPORT

---

    The United States of America, by and through Assistant United States Attorney Thomas M. O'Rourke, submits this status report in response to this court's order of March 20, 2002.

    That order was the court's response to the Government's Motion for Reduction of Sentence, which was accompanied by an Affidavit in Support of Sentence Reduction.

    In that affidavit, Assistant United States Attorney Christopher Alberto described the efforts of the defendant David St. Germain to assist the government in enforcing the restitution order that was entered against Mr. St. Germain and his co-defendants Marc Loiselle and Joseph Coakley.

    Mr. Alberto reported that since the date of that affidavit, Mr. St. Germain has continued to cooperate, as follows:

    1.  Mr. St. Germain provided Mr. Alberto information that uncovered Mr. Coakley's scheme to conceal an ownership interest

EXHIBIT A-16

in various pieces of real estate located in Florida. Mr. Coakley sought to escape paying a $186,000 restitution order and that scheme would have succeeded but for Mr. St. German's cooperation.

2. Pursuant to the Victim Witness Protection Act, Mr. Alberto issued seven subpoenas for financial documents from Mr. Coakley's family and friends who are believed to have acted as straw owners for Mr. Coakley. The subpoenas also required these individuals to appear for depositions scheduled for May 2002 through July 2002.

3. Mr. Coakley's counsel has contacted Mr. Alberto in order to arrange payment of the restitution order. Mr. Alberto decided to pursue a negotiated settlement of the matter in order to avoid the costly exercise of discovery and then pursuing the appropriate civil proceedings to recover the real estate. An agreement in principle has been struck, which will be finalized only if the sentencing judge approves the terms. If approved, Mr. Coakley immediately will pay $100,000 toward the restitution order. The proposed agreement grants Mr. Coakley 30 months to pay an additional $60,000. If Mr. Coakley makes all payments, the United States and the victim have agreed to waive the unpaid portion of his restitution order (approximately $20,000).

4. In addition, Mr. Coakley agreed to secure the agreement with real estate.

5. Mr. St. Germain's restitution obligation will be reduced by the amounts recovered from Mr. Coakley because the court made Mr. Coakley jointly and severally liable for $186,000 of the $600,000 restitution imposed against Mr. St. Germain.

6. Mr. St. Germain provided information that revealed Scott Lambert's assistance of Mr. St. Germain's scheme to conceal his part ownership interest of real estate in Colorado. Mr. Lambert has agreed to pay $125,000 to settle potential civil claims against him. A draft settlement agreement is being reviewed by the attorney representing Mr. St. Germain's victim.

7. Mr. St. Germain also has provided information to reveal that Randy Overley holds Mr. St. Germain's half ownership interest in a luxury log house located in Franktown, Colorado. Mr. Overley contends he is the sole owner of the home. Mr. Alberto has uncovered evidence that corroborates Mr. St. Germain's claims that he is the half owner of the home, and therefore, the United States will file a civil complaint against Overley seeking, <u>inter</u> <u>alia</u>, a declaration that Mr. St. Germain is a half owner of the home.

8.  In short, Mr. St. Germain's information has been critical to unraveling various schemes he and Mr. Coakley pursued in order to escape paying the court's criminal restitution order.

> Respectfully submitted,
>
> JOHN W. SUTHERS
> United States Attorney
>
> By:   Thomas M. O'Rourke
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that on the 1st day of May 2002, a copy of the foregoing Government's Status Report was placed in the United States Mail, postage prepaid, addressed to:

> William Cohan, Esq.
> 8910 University Center Lane
> Suite 550
> San Diego, California 92122-1026
>
> Michael Wilson
> U.S. Probation Officer
> 1961 Stout Street, Suite 525
> Denver, Colorado 80294
>
> Christopher Alberto
> Assistant U.S. Attorney
> United States Attorney's Office
> 1 Courthouse Way
> United States Courthouse, Suite 9200
> Boston, Massachusetts 02210

Brenda Sunderland
United States Attorney's Office