IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 99-CR-408-N

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

DAVID B. ST. GERMAIN,

    Defendant.

---

### DEFENDANT DAVID B. ST. GERMAIN'S SECOND STATUS REPORT PURSUANT TO COURT'S ORDER ENTERED ON MARCH 20, 2002

---

    Defendant David St. Germain, by and through undersigned counsel, William A. Cohan of the law firm of WILLIAM A. COHAN, P.C., hereby submits his status report pursuant to the Court's Order entered on March 20, 2002.

    1.    As conceded in Assistant U.S. Attorney Christopher Alberto's declaration attached to Government's Motion for Reduction of Sentence, Mr. St. Germain has provided all the information which is available to him to help the government obtain at least a significant portion of the restitution imposed against him; vigorous pursuit of the claims, defendants and facts provided by Mr. St. Germain would probably yield funds sufficient to satisfy the entire restitution obligation. In fact, because of the increased value in the real estate jointly owned by St. Germain and Randy Overley, funds in excess of the restitution obligation could be collected.

1

EXHIBIT A-18

2. Your undersigned has made dozens of telephone calls to Mr. Alberto, most recently June 27, 2002, and several to counsel for the victim Bank's attorney Walter Lupan, Esq., most recently June 28, 2002, as part of persistent and repeated efforts to facilitate collection of sums to be credited towards Mr. St. Germain's restitution. Regrettably, the Bank and the government have done very little to pursue collection. Notwithstanding the lack of effort by the government and the Bank, Mr. Coakley agreed to pay $160,000. and according to government investigator Patrick Ormond, Coakley has already paid $100,000. to the government.

3. The combination of the Court's refusal to release St. Germain based on the lack of collection and the government's inertia is grossly unfair to Mr. St. Germain, since he has provided an enormous amount of information to the Bank and AUSA Alberto to pursue collection of the funds to be credited to his restitution obligation. Accordingly, Mr. St. Germain should be released, in order to enable him to make an effective effort to collect these monies by pro se litigation. For reasons known only to the government, it has failed and refused to file suit against Mr. Lambert, Mr. Overley or Mr. Berliner, despite the fact that complaints were drafted and ready to file several months ago.

4. Although the government has admitted that St. Germain has provided all this information, the government has failed to pursue collection of these monies with reasonable diligence. With respect to Messrs. Lambert and Overley, it is fair to say the government has made virtually no effort to collect. If Coakley's conduct is any indication -- and St. Germain submits that it is -- filing a complaint and serving discovery requests is likely to yield a quick settlement sufficient to satisfy St. Germain's restitution obligations. However, the government thereby risks the possibility that additional work may be required.

5. If the Court continues to link St. Germain's liberty to the collection of the restitution, then the Court should permit St. Germain to pursue collection. While confined, Mr. St. Germain has no means to pursue the individuals who have the funds and/or real property which should be pursued and applied to his restitution. Accordingly, the Court should release St. Germain in order to permit him to pursue his claims against Randy Overley, Scott Lambert and Bill Pierce (see references to these individuals in Mr. Alberto's declaration attached to the government's motion for reduction of sentence). Mr. St. Germain will be required to proceed pro se or to seek counsel to pursue said claims.

WHEREFORE, Defendant David St. Germain respectfully submits his second status report pursuant to Court Order entered on March 20, 2002, and requests his immediate release to pursue his claims aforesaid.

RESPECTFULLY SUBMITTED this 28th day of June, 2002.

WILLIAM A. COHAN, P.C.

By: /s/ William A. Cohan
William A. Cohan (#7426)
8910 University Center Lane, Suite 550
San Diego, CA 92122-1026
(858) 550-9095
(858) 550-9049 (FAX)

Attorney for Defendant
DAVID B. ST. GERMAINE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2002, I did deposit a true and correct copy of the foregoing, DEFENDANT DAVID B. ST. GERMAIN'S STATUS REPORT PURSUANT TO COURT'S ORDER ENTERED ON MARCH 20, 2002, with sufficient postage affixed thereto, addressed to the following:

THOMAS O'ROURKE, ESQ.
Assistant U.S. Attorney
1225 - 17TH Street, Suite 700
Denver, CO 80202

MICHAEL WILSON
U.S. Probation Officer
1961 Stout Street, Suite 525
Denver, CO 80294

*[signature]*