

OF DOUGLAS COUNTY 2 PLUM CREEK PARKWAY CASTLE ROCK, COLORADO 80104 303-688-5000 FAX: 303-660-7953

# M E M O

TO: The Construction Loan File of Randy Overley

FROM: Sean Nixon

DATE: September 14, 1999

SUBJECT: References and Project Overview

Today I am closing a $325,000 single-close construction loan to Randy Overley for the purpose of constructing a 3,200 square foot custom log home in Franktown. The total allowable costs shown on the cost breakdown come almost entirely from bids that Randy has collected for his project totaling $362,210. A complete (FIRREA) appraisal based on plans and specs from Rocky Mountain Valuation Specialists values the completed project at $470,000 based on three good comparable sales and estimated replacement cost.' These figures equate to 89% loan-to-cost (although there is no loan-to-cost requirement for a single-close construction loan) and 69% loan-to-value (<80% required). The cost breakdown has omitted any supervision, contingency, and a few other small items such as temporary power, portable toilets, clean-up, etc... due to Randy having extensive resources (see average deposit balances at FirstBank totaling +/- $400K) to pay these items through our draw process if needed.

Although Randy is not a licensed general contractor, he has built a few custom homes for himself in the Steamboat Springs area and has enlisted the services of Hand Crafted Log Homes to help him erect his home. Hand Crafted Log Homes has been in business for over 10 years in the Evergreen area, and is run by a man named Shane Hand. I was raised in the small town of Evergreen, but am not familiar with Shane. I contacted my father who resides in Evergreen and works in the construction business. He said he is familiar with Hand Crafted Log Homes and has never heard a complaint about them. I also spoke with Shane Hand and got a good feel for his expertise.

The logs that are going to be used to build this home are coming from a Montana company by the name of Rocky Mountain Log Homes. I was unable to get any information on this company other than Randy's assurances that he has "checked them out". However, Randy has paid them a 1/3 deposit ($33,415) to fabricate the logs. This amount will be immediately drawn from the construction draw account and placed in a liquid asset account in Randy's name with a 100% pledge. The remaining balance to Rocky Mountain will be due upon delivery (and inspection), and drawn through our process. The pledge will then be deleted. These processes will greatly reduce any risk with Rocky Mountain Log Homes.

EXHIBIT A-26

FB00124