IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01041-PSF-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID B. ST. GERMAIN, and
RANDY OVERLEY,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed during the final pretrial conference:

IT IS ORDERED that the proposed final pretrial order is REFUSED.

IT IS FURTHER ORDERED that the parties shall prepare a revised final pretrial order, modified as discussed during the final pretrial conference this morning, and submit it to the court on or before **August 25, 2005**, for my review.

IT IS FURTHER ORDERED that copies of exhibits to be offered at trial must be provided to opposing counsel and any pro se party no later than **August 25, 2005**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served by hand delivery or facsimile no later than **September 2, 2005**.

Dated August 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge