IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01041-PSF-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID B. ST. GERMAIN, and
RANDY OVERLEY,

      Defendants.

_____

## ORDER RESCHEDLING FINAL TRIAL PREPARATION CONFERENCE
_____

THIS MATTER is before the Court *sua sponte*.  The final trial preparation

conference in this case, set for September 2, 2005 at 8:30 a.m. is RESCHEDULED

to **September 6, 2005 at 11:30 a.m.**

DATED:  August 12, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge