IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01041-PSF-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID B. ST. GERMAIN, and
RANDY OVERLEY,

    Defendants.

## ORDER ON RELEASE OF CHRONOLOGICAL NOTES FROM PROBATION FILE

       This matter comes before the Court on the oral motion of Defendant Overley, made in open court on September 7, 2005, requesting the plaintiff to produce the entire contents of the chronological notes maintained by the U.S. Probation Office pertaining to defendant St. Germain's probation file.  The Court takes notice of the concerns of the Probation Office regarding such release, and after consultation with the probation officers, orders as follows:

       Counsel for Defendant Overley shall be afforded opportunity, arranged promptly by the probation office, to inspect and review all chronological entries from Defendant St. Germain's probation file, without exception, but shall not make any photocopies of same.

       It is further ordered that, after such inspection and review, the probation office shall provide copies of any chronological entries from Defendant St. Germain's

probation file, requested by Overley's counsel, excluding those entries which:

        a) pertain to communications with the court;

        b) contain third-party hearsay statements;

        c) contain personal information not relating to this proceeding;

        d) contain third-party confidential statements.

If there is any dispute between the parties as to whether a particular entry falls into one of the above categories, the parties shall promptly notify the Court, presenting the particular entry for the Court's review.

It is further ordered that the parties to this case shall be subject to a protective Order which prohibits any further disclosure of the aforementioned chronological entries beyond the parties to this case, or unless otherwise ordered by the Court.

DATED: September 14, 2005

                                  BY THE COURT:

                                  s/ Phillip S. Figa
                                  _____
                                  Phillip S. Figa
                                  United States District Judge