IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01041-PSF-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID B. ST. GERMAIN, and
RANDY OVERLEY,

      Defendants.

---

### ORDER ON DEFENDANT OVERLEY'S MOTION *IN LIMINE*
---

      This matter comes before the Court on the Motion *in Limine* to Exclude Evidence of Alleged Fraud and Conspiracy, filed by Defendant Overley on September 13, 2005 (Dkt. # 110).

      This matter is presently set for a 4-day trial to the Court commencing September 19, 2005.  After careful consideration, the Motion is DENIED.

      DATED: September 14, 2005

                                                      BY THE COURT:

                                                    s/ Phillip S. Figa

                                                    _____

                                                    Phillip S. Figa
                                                    United States District Judge