IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  03-cv-01041-PSF-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID B. ST. GERMAIN, and
RANDY OVERLEY,

      Defendants.

## ORDER DIRECTING PARTIES TO CONFER AND SUBMIT TO COURT ADDITIONAL STIPULATION OF FACTS

This matter comes before the Court, *sua sponte*, in advance of the trial to the Court set to commence on September 19, 2005.  The Court has reviewed the Final Pretrial Order submitted by the parties on August 25, 2005.  The Court notes that the Final Pretrial Order contains only three brief sentences of stipulated facts (Final Pretrial Order at 11).

Implicit in the requirement for preparing a pretrial order is the expectation that the parties will endeavor in good faith to stipulate to undisputed facts.  Such stipulations can expedite the trial proceedings and substantially assist the finder of facts.  In a case such as this, where both parties assert numerous relevant facts, *see* Defendant Overley's Motion for Summary Judgment, filed July 22, 2005, listing 49 paragraphs of supposed undisputed facts and Plaintiff's Response Brief, filed August 11, 2005, listing four pages of disputed facts and responses to virtually every paragraph of Overley's facts, surely

there is some overlap as to the facts that are not in dispute beyond the short three sentences appearing in the Final Pretrial Order. A more detailed stipulation of disputed facts is essential in this case, given that it is being tried to the Court and trial time on Thursday, September 22, 2005 may have to shortened due to the Court's other commitments.

Accordingly, counsel for the parties are directed to confer in good faith and endeavor to come up with a comprehensive list stipulated facts for purposes of this case,to be submitted to the Court no later than 10:00 a.m. on Monday, September 19, 2005. If it appears to the Court that insufficient efforts have been undertaken to reach fact stipulations, the beginning of trial will be delayed while counsel hammer out such stipulations in the courtroom.

DATED: September 15, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge